UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62464-RAR

**EDWIN DAVID CRUZ**,

Plaintiff,

v.

**DOC B'S RESTAURANT 004, LLC**,

Defendant.
_____/

## ORDER REMANDING CASE

**THIS CAUSE** comes before the Court upon the Defendant's Unopposed Motion to Remand [ECF No. 8] ("Motion"), filed on December 4, 2020.  On December 2, 2020, Defendant removed this matter to federal court based on Plaintiff's Fair Labor Standards Act (FLSA) allegations.  The Motion indicates that following removal, Plaintiff filed an amended complaint in state court removing his FLSA claim and leaving only state law claims.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **REMANDED** to the Seventeenth Judicial Circuit in and for Broward County, Florida.  The Clerk is instructed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 4th day of December, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**